UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FREDRICK MARTEZ MARTIN #338567,

    Plaintiff,

v.

KENNETH McKEE,

    Defendant.
_____/

Case No. 2:18-CV-66

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 26, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R. & R.), recommending that the Court grant Defendant's motion for summary judgment. (ECF No. 31). The Court has reviewed the R. & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the May 26, 2020, Report and Recommendation (ECF No. 31) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 28) is **GRANTED** for the reasons set forth in the R. & R. Therefore, Plaintiff's claims are **dismissed with prejudice**.

This case is **concluded**.

A separate judgment will enter.

Dated: June 16, 2020

                                        /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                UNITED STATES DISTRICT JUDGE